IDA MARCO, as Ancillary Administratrix of the Estate of HARRY MARCO, Deceased, a Stockholder in BLUE RIDGE CORPORATION, on Behalf of Himself and All Other Stockholders Similarly Situated, and on Behalf of Said Corporation, Respondent, *v.* ARTHUR SACHS et al., Appellants; BLUE RIDGE CORPORATION et al., Respondents, et al., Defendants.

Argued November 24, 1952; decided January 15, 1953.

*Milton Pollack* and *Henry N. Ess, III,* for appellants.

*David M. Palley* and *Morris Gottlieb* for Ida Marco, respondent.

*Leo C. Fennelly* for Blue Ridge Corporation and another, respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.